# STATE OF MISSISSIPPI - UNIFORM TRAFFIC TICKET

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY: AT THE FOLLOWING LOCATION, TIME AND DATE:

MISSISSIPPI HIGHWAY SAFETY PATROL

| COUNTY OF: COAHOMA | AGENCY CODE 9014 | (NINE DIGIT TICKET NUMBER) 202083135 |
|---|---|---|
| JUDICIAL DISTRICT ☒1 ☐2 | | |

| LOCATION OF VIOLATION WB MS 6 CP | AT/NEAR JONESTOWN CL | HWY 6 |
|---|---|---|

| DAY SAT | DATE 8/18/2018 | TIME 7:13 ☐AM ☒PM | ACCIDENT ☐YES ☒NO | DISTRICT 3 | PRECINCT E |
|---|---|---|---|---|---|

DEFENDANT: (FIRST NAME, MIDDLE NAME, LAST NAME)
TRACY ARNOLD

LICENSE ADDRESS
N/A

| CITY N/A | STATE N/A | ZIP CODE N/A |
|---|---|---|

| DRIVER'S LICENSE NUMBER N/A | CLASS N/A | STATE N/A | SEX F | RACE W | DATE OF BIRTH 5/23/1992 |
|---|---|---|---|---|---|

| VEHICLE LICENSE NUMBER BCN 349 | STATE TN | YEAR 2019 | MAKE CHEV | MODEL MALIBU | TYPE PC |
|---|---|---|---|---|---|

Defendant's current address 1400 HARRIS ROAD ADAMSVILLE, TN 38310

Defendant's current telephone number N/A

THAT THE ABOVE NAMED DEFENDANT, WHILE OPERATING THE AFOREMENTIONED MOTOR VEHICLE, DID WILLFULLY AND UNLAWFULLY COMMIT THE OFFENSE OF:
(Check Only One Offense Each Ticket)

| Speed N/A | Zone N/A |
|---|---|

☐ S92 Speeding
☐ M14 Disregard For Traffic Device
☐ N70 Driving Wrong Side Road
☐ B26 Driving While License Suspended
☐ M34 Following Too Closely
☐ M70 Improper Passing
☐ N01 Failure To Yield Right Of Way

☐ F02 Child Restraint Violation
☐ F04 Seatbelt Violation
☒ B51 No Drivers License (Expired)
☐ B55 No Motor Vehicle Inspection (Expired)
☐ B53 Expired Tag
☐ B26 Driving While License Suspended (Under Implied Consent Law)
☐ M84 Reckless Driving
☐ M81 Careless Driving
☐ N50 Improper Turn
☐ D36 No Proof Of Liability Insurance

☐ Other Violation - [Code Section _____]

Explanation: N/A
☐ Check Only If Driver License Is Deposited In Lieu Of Bond Or Other Security.
☐ Violation Pursuant To Commercial Driver's License Law
☐ Required Placard Under Hazardous Materials Transportation Act.

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI.

AFFIANT/OFFICER'S SIGNATURE M. VAUGHAN   UNIT/BADGE # E020

SWORN TO BEFORE ME THIS THE 27 DAY OF Aug 20 18
CLERK Reginla Booker DC

You are hereby notified to appear before the Court (JUSTICE/MUNICIPAL) to answer the charge on the 18 day of September 20 18 at 9:00 AM at the
Court's Physical Address 144 RITCH STREET CLARKSDALE, MS 38614

Court's Mailing Address 144 RITCH STREET CLARKSDALE, MS 38614

Court's Telephone Number 662-624-3060

NOTE: CONTACT THE COURT TO CONFIRM THE COURT DATE
SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

ORIGINAL / AFFIDAVIT   (This copy must be filed with the Court Clerk)
CASE 2134   PAGE 562   DOCKET 303
9014120                                   07-09
Reprinted by: Reginla Booker