

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**NORTHERN DISTRICT OF MISSISSIPPI**

**DAVID CREWS, CLERK**

| | | |
|---|---|---|
| **911 JACKSON AVENUE**<br>**SUITE 369**<br>**OXFORD, MS 38655**<br>**TELEPHONE: (662) 234-1971**<br>**FACSIMILE: (662) 236-5210**<br>www.msnd.uscourts.gov | **305 MAIN STREET, SUITE 329**<br>**GREENVILLE, MS 38701**<br>**TELEPHONE: (662) 234-1971**<br>**FACSIMILE: (662) 332-4292** | **203 GILMORE DRIVE**<br>**AMORY, MS 38821**<br>**TELEPHONE: (662) 369-4952**<br>**FACSIMILE: (662) 369-9569** |

**September 17, 2018**

Marshall Fisher, et al

vs                                                          Civil Action No. 4:18-cv-00191-DMB-RP

Tracy Arnold

**PLEASE TAKE NOTICE** that the above styled and captioned cause has been assigned to Judge Debra M. Brown and Magistrate Judge Roy Percy.

Please use the civil action number **4:18-cv-00191-DMB-RP** on all future documents.

DAVID CREWS, CLERK