RECEIVED
OCT 04 2018
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| Marshall Fisher (Mississippi Commissioner of Public Safety), Herb Frierson (Mississippi Commissioner of Revenue), Jim Hood (State of Mississippi Attorney General), Marvin Vaughn<br>　　　Plaintiffs (Counter-Defendants)<br><br>vs.<br><br>Tracy Arnold,<br>　　　Respondent (Counter-Plaintiff) | Cause # 4:18-cv-00191-DMB-RP<br><br>Jury NOT requested:<br>"*Deuteronomy 25:1: If there be a controversy between men, and they come unto judgment, that the judges may judge them; then they shall justify the righteous, and condemn the wicked.*"<br><br>NOTICE/CERTIFICATION OF FILING STATE COURT RECORD |

1  I, Tracy Arnold, am the Pro Se Respondent(Counter-Plaintiff) in the above-captioned
2  action. I hereby verify, pursuant to L.U.Civ.R. 5(b), that true and correct copies of all
3  pleadings and other papers filed in the Clarksdale Mississippi Justice Court action are
4  attached hereto as Exhibit A. This filing of Entire State Court Record is being filed no
5  later than fourteen days from the date of the filing of the Notice of Removal, pursuant
6  to Local Rule 5(b). A certified copy of the State Court Record was requested prior to
7  filing the Notice of Removal and could not practicably be obtained.
8  　　　Dated this 27th day of September, 2018.

　　　　　　　　　　　　　　　　　　　　　　　*[signature]* 9/27/18
　　　　　　　　　　　　　　　　　　　　　　　Tracy Arnold (pro se)
　　　　　　　　　　　　　　　　　　　　　　　1400 Harris Rd Adamsville, Tennessee, 38310
　　　　　　　　　　　　　　　　　　　　　　　email: tracy@arnoldnet.org
　　　　　　　　　　　　　　　　　　　　　　　Tel: (423)529-4335

9  　*[signature]* 9/27/18
10 　*Levi Thurston* 9-26-2018　　　　　　Witnesses
11 "... ... (A)t the mouth of two witnesses, or at the mouth of three witnesses, shall
12 the matter be established." Deuteronomy 19:1

U.S. POSTAGE PAID
FCM LG ENV
ADAMSVILLE, TN
38310
SEP 27, 18
AMOUNT
$6.79
R2305M143783-0

X-RAY

CERTIFIED MAIL
7015 0640 0001 3849 2305

TO:
US District Court Northern District of MS
Federal Building Rm 369
911 Jackson Ave East
Oxford, Mississippi
38655

FROM:
B. Nat Tracy Arnold
1400 Doris Rd
Kingdom of yhwh
Adamsville, Tennessee

Utility Mailer
10 1/2" x 16"

ReadyPost