# EXHIBIT A

## State Court Record

1. Statement/Receipt of Certified Copy of the State Court Record - 1 Page

2. Complaint - 1 Page

3. Notice of New Court Date - 1 Page

4. Notice of Filing of Removal - 2 pages

5. Notice of Removal - 9 Pages