Received In Criminal Action

Case: 142134    COAHOMA COUNTY JUSTICE COURT    Receipt: 169368

Received From: TRACY ARNOLD                         the sum of: 1.00

is hereby acknowledged; said sum being paid in cause styled:
STATE OF MISSISSIPPI VS: TRACY ARNOLD

in the court of the undersigned and that said sum so paid is for and on account of the following: for fine and cost on conviction for:

COPY                    Citation#  202083135

```
CRIMINAL ACCOUNT:
     Other........................    1.00
         TOTAL CRIMINAL ACCOUNT:                  1.00

CLEARING ACCOUNT:
         TOTAL CLEARING ACCOUNT:                   .00

                         TOTAL...................  1.00   CA
```

Check/Reference #: _____

Received This Date...... 9/19/2018
By: DARLEAN LAKE
        Book/Page.... 303- 362                Court Clerk
        Balance Due On This Citation......  ~~172.50~~
        Court Date:  9/19/2018

9/19/2018                                                    16:15:11