# STATE OF MISSISSIPPI - UNIFORM TRAFFIC TICKET

IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY: AT THE FOLLOWING LOCATION, TIME AND DATE:

MISSISSIPPI HIGHWAY SAFETY PATROL
COUNTY OF: COAHOMA
JUDICIAL DISTRICT: ☑ 1  ☐ 2
AGENCY CODE: 9014
(NINE DIGIT TICKET NUMBER): 202083135

LOCATION OF VIOLATION: WB MS 6 CP
AT/NEAR: JONESTOWN CL
HWY: 6

DAY: SAT
DATE: 8/18/2018
TIME: 7:13 ☐ AM ☑ PM
ACCIDENT: ☐ YES ☑ NO
DISTRICT: 3
PRECINCT: E

DEFENDANT: (FIRST NAME, MIDDLE NAME, LAST NAME)
TRACY  ARNOLD

LICENSE ADDRESS: N/A
CITY: N/A
STATE: N/A
ZIP CODE: N/A

DRIVER'S LICENSE NUMBER: N/A
CLASS: N/A
STATE: N/A
SEX: F
RACE: W
DATE OF BIRTH: 5/23/1992

VEHICLE LICENSE NUMBER: BCN 349
STATE: TN
YEAR: 2019
MAKE: CHEV
MODEL: MALIBU
TYPE: PC

Defendant's current address: 1400 HARRIS ROAD ADAMSVILLE, TN 38310
Defendant's current telephone number: N/A

THAT THE ABOVE NAMED DEFENDANT, WHILE OPERATING THE AFOREMENTIONED MOTOR VEHICLE, DID WILLFULLY AND UNLAWFULLY COMMIT THE OFFENSE OF:
(Check Only One Offense Each Ticket)

Speed: N/A    Zone: N/A

- ☐ S92 Speeding
- ☐ M14 Disregard For Traffic Device
- ☐ N70 Driving Wrong Side Road
- ☐ B26 Driving While License Suspended
- ☐ M34 Following Too Closely
- ☐ M70 Improper Passing
- ☐ N01 Failure To Yield Right Of Way
- ☐ F02 Child Restraint Violation
- ☐ F04 Seatbelt Violation
- ☑ B51 No Drivers License (Expired)
- ☐ B55 No Motor Vehicle Inspection (Expired)
- ☐ B53 Expired Tag
- ☐ B26 Driving While License Suspended (Under Implied Consent Law)
- ☐ M84 Reckless Driving
- ☐ M81 Careless Driving
- ☐ N50 Improper Turn
- ☐ D36 No Proof Of Liability Insurance
- ☐ Other Violation - [Code Section _____]

Explanation: N/A

☐ Check Only If Driver License Is Deposited In Lieu Of Bond Or Other Security.
☐ Violation Pursuant To Commercial Driver's License Law
☐ Required Placard Under Hazardous Materials Transportation Act.

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI.

AFFIANT/OFFICER'S SIGNATURE: M. VAUGHAN
UNIT/BADGE #: E020
SWORN TO BEFORE ME THIS THE 27 DAY OF Aug 20 18
CLERK: Reginlo Booker, DC

You are hereby notified to appear before the Court (JUSTICE/MUNICIPAL) to answer the charge on the 18 day of September 20 18 at 9:00 AM at the
Court's Physical Address: 144 RITCH STREET CLARKSDALE, MS 38614
Court's Mailing Address: 144 RITCH STREET CLARKSDALE, MS 38614
Court's Telephone Number: 662-624-3060

NOTE: CONTACT THE COURT TO CONFIRM THE COURT DATE
SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

ORIGINAL / AFFIDAVIT (This copy must be filed with the Court Clerk)
CASE #2134  PAGE 362  DOCKET 303
9014120
07-09
Reprinted by: Reginlo Booker



CERTIFIED A TRUE COPY
This ___ day of _____, 20__
Darlean Lake, Justice Court Clerk
Coahoma County, Mississippi
By _____, DC