

# Coahoma Justice Court

144 Ritch Street
Clarksdale, MS  38614
Phone: 662-624-3060  -  Fax: 662-624-5528

*Judges:*  Jessie Burton
Burks Rogers

**Justice Court Clerk:** Darlean Lake

**Deputy Clerk's:**  Mary Johnson
Reginlo Booker
Tyrus Jones

Date:  August 27, 2018

Tracy Arnold
1400 Harris Road
Adamsville, TN  38310

    This letter is to inform you of your new court date.  Please be advised that your court date have been changed to **September 19, 2018 at 1:00 o'clock p.m.**  Please make arrangement to be present.  Failure to so will result in suspension of your driver's license, garnishment of your wages and/or a warrant issued for your arrest.

Thank you for your anticipated cooperation in this matter.

If you have any question concerning this matter, please feel free to contact this office at the telephone number that has been provided at the top of this letter or rbookercjc@cableone.net

Sincerely,

*Reginlo Booker*, DC
Reginlo Booker, Deputy Clerk

CERTIFIED A TRUE COPY
This ___ day of ____, 20__
Darlean Lake, Justice Court Clerk
Coahoma County, Mississippi
By _____ D.C.

CERTIFIED A TRUE COPY
This ___ day of ____, 20__
Darlean Lake, Justice Court Clerk
Coahoma County, Mississippi
By _____ D.C.