## AT THE COAHOMA COUNTY JUSTICE COURT OF MISSISSIPPI

| | |
|---|---|
| Marshall Fisher (Mississippi Commissioner of Public Safety), Herb Frierson (Mississippi Commissioner of Revenue), Jim Hood (State of Mississippi Attorney General), Marvin Vaughn<br>    Plaintiffs<br><br>vs.<br><br>Tracy Arnold,<br>    Respondent | Cause # 142134 (Ticket 202083135)<br><br>Jury NOT requested:<br>"*Deuteronomy 25:1: If there be a controversy between men, and they come unto judgment, that the judges may judge them; then they shall justify the righteous, and condemn the wicked.*"<br><br>NOTICE OF FILING OF REMOVAL |

### RESPONDENTS NOTICE OF FILING OF NOTICE OF REMOVAL

1  PLEASE TAKE NOTICE THAT, on September 14, 2018 Respondent, Tracy Arnold,
2  filed a Notice of Removal, pursuant to 28 U.S.C 1331 and 1441(a), removing the above-
3  captioned action from the Justice Court of Clarksdale, Mississippi to the Untited State
4  District Court for the Northern District of Mississippi. A true and correct copy of the
5  Notice of Removal is attached hereto as Exhibit 1.

6  PLEASE TAKE FURTHER NOTICE that, upon the filing of the Notice of Removal
7  with the Clerk of the United States District Court for the Northern District of Missis-
8  sippi, and filing copies thereof with the Clerk of the Justice Court of Clarksdale Missis-
9  sippi, the Respondent has effected removal and the Justice Court shall proceed no further
10 in this action unless and until the case is remanded pursuant to 28 U.S.C. Section
11 1446(d).

12  "... [T]he statute that sets forth general removal procedure, 28 U.S.C. Section(s) 1446,



1 of 2

1  indicates quite specifically when removal is effected. The statute states that
2  "[p]romptly after the filing of such notice of removal [in the federal court] ... the [re-
3  spondent] ... shall file a copy of the notice with the clerk of [the] State court, which
4  shall effect the removal." 28 U.S.C. Section(s) 1446(d). *Anthony v. Runyon*, 76 f.3d
5  210,214 (8th Cir 1996)

_____ 9/13/18
Tracy Arnold, Respondent (Pro Se)
1400 Harris Rd Adamsville Tennessee 38310
Email:Tracy@arnoldnet.org
Telephone: (423)529-4323

_____ 9/13/18
Levi Thurston            9-13-18   Witnesses

"... ... (A)t the mouth of two witnesses, or at the mouth of three witnesses, shall the matter be established." Deuteronomy 19:1

CERTIFIED A TRUE COPY
This ___ day of _____, 20__
Darlean Lake, Justice Court Clerk
Coahoma County, Mississippi
By _____