# AT THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| Marshall Fisher (Mississippi Commissioner of Public Safety), Herb Frierson (Mississippi Commissioner of Revenue), Jim Hood (State of Mississippi Attorney General), Marvin Vaughn<br>   Plaintiffs (Counter-Defendants)<br><br>vs.<br><br>Tracy Arnold,<br>   Respondent (Counter-Plaintiff) | Cause # 4:18-cv-00191-DMB-RP<br><br>Jury NOT requested:<br><br>*"Deuteronomy 25:1: If there be a controversy between men, and they come unto judgment, that the judges may judge them; then they shall justify the righteous, and condemn the wicked."* |

## COUNTER-PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

1  Counter-Plaintiff, Tracy Arnold, requests the Clerk of this Honorable Court to enter a
2 default against the Counter-Defendants, Marshall Fisher, Herb Frierson, Jim Hood and
3 Marvin Vaughn, as authorized by Fed. R. Civ. P. 55.

### 1. PARTIES

4 1.1 . Counter-Plaintiff is Tracy Arnold.

5 1.2 . Counter-Defendants are Marshall Fisher (Mississippi Commissioner of Public
6   Safety), Herb Frierson (Mississippi Commissioner of Revenue), Jim Hood (State of
7   Mississippi Attorney General) and Marvin Vaughn.

### 2. INTRODUCTION

8 2.1 . On August 18th, 2018, Counter-Defendants initiated suit against Counter-Plaintiff.

9 2.2 . On September 14th, 2018, Counter-Plaintiff mailed Notice of Filing of Removal
10  and Notice of Removal to Counter-Defendants by way of USPS first class mail. See
11  28 USC §1446(d).

12 2.3 . On September 17th, 2018, Counter-Plaintiff's Notice of Removal was filed with the

Federal District Court for Northern Mississippi, as authorized by 28 USC §1446(b), (c).

2.4 . On September 19th, 2018, Counter-Plaintiff effected removal by having the clerk of the state court accept Notice of Filing of Removal and of Notice of Removal, as authorized by 28 USC §1446(d).

2.5 . On September 25th, 2018, Counter-Plaintiff filed her Original Answer and Counterclaim with the Court. See Fed. R. Civ. P. 81(c)(2) and 6(d). Original Answer and Counterclaim attached as Exhibit A.

2.6 . On September 25th, 2018, Counter-Plaintiff mailed her Answer and Counter to the Counter-Defendants by way of USPS certified first class mail. Proof of service to each Counter-Defendant is attached as Exhibit B.

2.7 . Counter-Defendants did not file a Motion to Remand by the deadline of October 22 2018. See 28 USC §1447(c) and Fed. R. Civ. P. 6(d).

2.8 . Counter-Defendants did not file a responsive pleading or otherwise defend the counterclaim within the time allowed by the Federal Rules of Civil Procedure.

2.9 . Counter-Plaintiff is entitled to entry of default.

## 3. ARGUMENT

3.1 . The clerk may enter a default against a party who has not filed a responsive pleading. See Fed. R. Civ. P. 55(a).

3.2 . The clerk should enter a default against the Counter-Defendants because Counter-Defendants did not file a responsive pleading within 24 days after September 25th, 2018, the date of service. See Fed. R. Civ. P. 12(a)(1)(B), 6(d) and 55(a).

3.3 . The clerk should enter a default against the Counter-Defendants because Counter-Defendants did not otherwise defend the counterclaim by October 19th, 2018, nor since. See Fed. R. Civ. P. 55(a) and 6(d).

3.4 . Counter-Plaintiff meets the procedural requirements for obtaining an entry of de-

fault from the clerk as demonstrated by Tracy Arnold's declaration, attached as Exhibit C.

3.5 . Counter-Defendants are not minors nor incompetent. See Fed. R. Civ. P. 55(b)(1).

3.6 . Counter-Defendants are not in military service. A declaration of Counter-Defendant's military status is attached as Exhibit D.

3.7 . Because Counter-Defendants did not file a responsive pleading or otherwise defend the counterclaim, they are not entitled to notice of entry of default. See Fed. R. Civ. P. 55(a).

## 4. CONCLUSION

Counter-Plaintiff, Tracy Arnold, requests entry of default because the Counter-Defendants have not filed a motion to remand nor any responsive pleadings nor any defense to the counterclaim against them within 24 days of receiving the Answer and Counter postmarked September 25, 2018 via USPS First Class and received by the court on October 3rd, 2018.

Wherefore, Counter-Plaintiff requests the Clerk to enter a default in favor of the Counter-Plaintiff.

*[signature]* 12/3/18

Tracy Arnold
1400 Harris Rd Adamsville Tennessee 38310
Tel: (423)529-4323
Email: tracy@arnoldnet.org

**RECEIVED**

DEC 06 2018

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

## VERIFICATION OF SERVICE

I, Tracy Arnold, Verify now and will affirm in open court, that all herein be true. I have this day, <u>December 3rd, 2018</u>, delivered via USPS a true and correct copy of the following material:

- Counter-Plaintiffs Request for Entry of Default
- Copy of Tracy Arnold's Original Answer and Counter Claim
- Copy of Proof of Service to each Counter-Defendant
- Copy of Tracy Arnold's Declaration in support of her request for entry of default
- Copy of Tracy Arnold's Military Declaration

Marshall Fisher
Commissioner of Public Safety
PO Box 958
Jackson Mississippi 39205
C# 7015-0640-0001-3849-2381

State of Mississippi
Mississippi Attorney General
MS Attorney Generals Office
Walter Sillers Building
PO Box 220
Jackson Mississippi 39205
C# 7015-0640-0001-3849-2374

Herb Frierson
Mississippi Commissioner of Revenue
PO Box 22828
Jackson Mississippi 39225
C# 7015-0640-0001-3849-2367

Marvin Vaughn
State Trooper
Troop E
22000- A Highway 35 N
Batesville Mississippi 38606
C# 7015-0640-0001-3849-2350

John Sherman
PO Box 1900
Clarksdale, Mississippi 38614-7900
C# 7015-0640-0001-3849-2343

United States District Court
Northern District of Mississippi
Federal Building
911 Jackson Avenue East
Room:369
Oxford, MS 38655
C# 7015-0640-0001-3849-2336

*/s/ Tracy Arnold* 12/3/18

Tracy Arnold
1400 Harris Rd
Adamsville Tennessee 38310
Telephone:(423)529-4335
Email:Tracy@arnoldnet.org

