## VERIFICATION OF SERVICE

I, Tracy Arnold, verify now and will affirm in open court, that all herein be true.

I have this day, __9/25/18__, served a true and correct copy of the following documents and / or media:

- Respondent's Original Answer and Counter

by certified U.S. mail on:

United States District Court
Northern District of Mississippi
Federal Building Rm 369
911 Jackson Avenue East
Oxford, MS 38655
C# 7015-0640-0001-3849-2268

Marshall Fisher
Commissioner of Public Safety
PO Box 958
Jackson, Mississippi 39205
C# 7015-0640-0001-3849-2275

Jim Hood
Mississippi Attorney General
MS Attorney Generals Office
Walter Sillers Building
PO Box 220
Jackson, Mississippi 39205
C# 7015-0640-0001-3849-2282

Herb Frierson
Mississippi Commissioner of Revenue
PO Box 22828
Jackson, Mississippi 39225
C# 7015-0640-0001-3849-2299

Marvin Vaughn
State Trooper
Troop E
22000-A Highway 35 N
Batesville, Mississippi 38606
C# 7015-0640-0001-3849-2497

John Sherman
PO Box 1900
Clarksdale, Mississippi 38614-1900
C# 7014-2870-0001-6053-6729

_/s/ Tracy Arnold_
Tracy Arnold
1400 Harris Rd
Adamsville, Tennessee, 38310
email: tracy@arnoldnet.org
Tel: (423)529-4335
Alt: (423)529-4323



U.S. Postal Service Certified Mail Receipts (four), dated 09/25/2018, sent to: Marshall Fisher (Jackson, MS 39205); Jim Hood (Jackson, MS 39205); Marvin Vaughn (Batesville, MS 38606); Herb Frierson (Jackson, MS 39225).


**UNITED STATES POSTAL SERVICE**

October 4, 2018

Dear Tracy Arnold:

The following is in response to your request for proof of delivery on your item with the tracking number: **7015 0640 0001 3849 2275**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | September 28, 2018, 6:51 am |
| **Location:** | JACKSON, MS 39205 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

**Weight:** 3.0oz

## Recipient Signature

Signature of Recipient: 

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004


**UNITED STATES POSTAL SERVICE**

October 4, 2018

Dear Tracy Arnold:

The following is in response to your request for proof of delivery on your item with the tracking number: **7015 0640 0001 3849 2282**.

## Item Details

**Status:** Delivered, Individual Picked Up at Post Office
**Status Date / Time:** September 28, 2018, 6:47 am
**Location:** JACKSON, MS 39205
**Postal Product:** First-Class Mail®
**Extra Services:** Certified Mail™
Return Receipt Electronic

## Shipment Details

**Weight:** 3.0oz

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | [signature] ATT/General / Danny Redd |
| Address of Recipient: | 220 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



**UNITED STATES POSTAL SERVICE**

October 4, 2018

Dear Tracy Arnold:

The following is in response to your request for proof of delivery on your item with the tracking number: **7015 0640 0001 3849 2299**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | October 1, 2018, 12:37 pm |
| **Location:** | JACKSON, MS 39225 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 3.0oz |

## Recipient Signature



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004


**UNITED STATES POSTAL SERVICE**

October 4, 2018

Dear Tracy Arnold:

The following is in response to your request for proof of delivery on your item with the tracking number: **7015 0640 0001 3849 2497**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | September 26, 2018, 9:21 am |
| **Location:** | BATESVILLE, MS 38606 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

**Weight:** 3.0oz

## Recipient Signature

Signature of Recipient: *[signature: Jenifer Williams]*

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004