## AT THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| Marshall Fisher (Mississippi Commissioner of Public Safety), Herb Frierson (Mississippi Commissioner of Revenue), Jim Hood (State of Mississippi Attorney General), Marvin Vaughn<br>   Plaintiff (Counter-Defendants)<br><br>vs.<br><br>Tracy Arnold,<br>   Respondent (Counter-Plaintiff) | Cause # 4:18-cv-00191-DMB-RP<br><br>Jury NOT requested:<br><br>*"Deuteronomy 25:1: If there be a controversy between men, and they come unto judgment, that the judges may judge them; then they shall justify the righteous, and condemn the wicked."* |

## DECLARATION FOR ENTRY OF DEFAULT

I, Tracy Arnold, hereby declare under penalty of perjury, pursuant to 28 U.S.C. 1746(2) that the following statements are true and correct:

1) I, Tracy Arnold, am the Counter-Plaintiff in the above captioned matter.

2) I am following the orders of yhwh, the Almighty of Abraham, Isaac, and Jacob, to inform the judges that the Almighty commanded me to "go wake the judges and tell them I sent you".

3) Over the past three years, knowing it breaks the commandments of yhwh and commits fraud on the state, I have prayed for permission to give up and just pay the $40 for a license, so that I am not threatened by the policemen, sheriffs and state troopers; the Almighty consistently tells me "You have not done what I have commanded" and "My people are oppressed".

4) I am requesting that the Clerk of this Court make an entry of default against Counter-Defendants, Marshall Fisher, Herb Frierson, Jim Hood and Marvin Vaughn, pursuant to Rule 55(a), Federal Rules of Civil Procedure, and in support of this application do show that:

a) I, Tracy Arnold served the Counter-Defendants, through the United States Postal Service by first class mail, with copies of her Answer and Counterclaim;

b) The Counter-Defendants sued me on August 18, 2018;

c) I, Tracy Arnold timely removed the Counter-Defendants case;

d) I, Tracy Arnold filed my Answer and Counter postmarked on September 25th, 2018 by mailing it first class via United States Postal Service;

e) I, Tracy Arnold, am not in receipt of any responsive pleading nor other defense from Counter-Defendants;

f) My information and belief is that the Counter-Defendants are niether infants nor an incompetent persons requiring special service;

g) My information and belief is that the Counter-Defendants are not serving with the armed forces of the United States;

h) My information and belief is that a responsive pleading or defense to the Answer and Counterclaim was due by October, 24th 2018;

i) My information and belief is that Counter-defendants have not made an appearance in cause # 4:18-cv-00191-DMB-RP.

_____ 12/3/18
Tracy Arnold
1400 Harris Rd Adamsville Tennessee 38310
Tel: (423)529-4323
Email: tracy@arnoldnet.org

_____ 12/3/18
_____ 12/3/18 Witnesses

"... ... (A)t the mouth of two witnesses, or at the mouth of three witnesses, shall the matter be established." Deuteronomy 19:1