## AT THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| Marshall Fisher (Mississippi Commissioner of Public Safety), Herb Frierson (Mississippi Commissioner of Revenue), Jim Hood (State of Mississippi Attorney General), Marvin Vaughn<br>　　　Plaintiffs (Counter-Defendants)<br><br>vs.<br><br>Tracy Arnold,<br>　　　Respondent (Counter-Plaintiff) | Cause # 4:18-cv-00191-DMB-RP<br><br><br>Jury NOT requested:<br>"*Deuteronomy 25:1: If there be a controversy between men, and they come unto judgment, that the judges may judge them; then they shall justify the righteous, and condemn the wicked.*" |

## MILITARY DECLARATION

1　Tracy Arnold, hereby declares under penalty of perjury, pursuant to 28 U.S.C. 1746(2)
2　that the following statements are true and correct:

3　• My name is Tracy Arnold. I am competent to make this declaration. The facts
4　　stated in this declaration are within my personal knowledge and are true and cor-
5　　rect.
6　• Defendant, Marvin Vaughn, is not in the military. I know this because I called
7　　Captain Mcknight who is Marvin Vaughns Captain and he told me that Marvin
8　　Vaughn is not in the military.
9　• Defendant, Jim Hood, is not in the military. I know this becuase I spoke to his as-
10　　sistant Delisa who told me Jim Hood is not in the Military.
11　• Defendant, Herb Frierson, is not in the military. I know this because I contacted
12　　his assistant Melissa, who told me Herb Frierson is not in the military.
13　• Defendant, Marshall Fisher, is not in the military. I know this because I contacted

1 | his assistant Susan, who told me Marshall Fisher is not in the military.

_Tracy Arnold_ 12/3/18
Tracy Arnold
1400 Harris Rd Adamsville Tennessee 38310
Tel: (423)529-4323
Email: Tracy@Arnoldnet.org

2 | _[signature]_ 12/3/18
3 | _[signature]_ 12/3/18 Witnesses
4 | 

5 | "... ... (A)t the mouth of two witnesses, or at the mouth of three witnesses, shall
6 | the matter be established." Deuteronomy 19:1

VERIFICATION OF SERVICE

I, Tracy Arnold, Verify now and will affirm in open court, that all herein be true. I have this day, December 3rd, 2018, delivered via USPS a true and correct copy of the following material:

- Counter-Plaintiffs Request for Entry of Default
- Copy of Tracy Arnold's Original Answer and Counter Claim
- Copy of Proof of Service to each Counter-Defendant
- Copy of Tracy Arnold's Declaration in support of her request for entry of default
- Copy of Tracy Arnold's Military Declaration

Marshall Fisher
Commissioner of Public Safety
PO Box 958
Jackson Mississippi 39205
C# 7015-0640-0001-3849-2381

State of Mississippi
Mississippi Attorney General
MS Attorney Generals Office
Walter Sillers Building
PO Box 220
Jackson Mississippi 39205
C# 7015-0640-0001-3849-2374

Herb Frierson
Mississippi Commissioner of Revenue
PO Box 22828
Jackson Mississippi 39225
C# 7015-0640-0001-3849-2367

Marvin Vaughn
State Trooper
Troop E
22000- A Highway 35 N
Batesville Mississippi 38606
C# 7015-0640-0001-3849-2350

John Sherman
PO Box 1900
Clarksdale, Mississippi 38614-7900
C# 7015-0640-0001-3849-2343

United States District Court
Northern District of Mississippi
Federal Building
911 Jackson Avenue East
Room:369
Oxford, MS 38655
C# 7015-0640-0001-3849-2336

_____ 12/3/18
Tracy Arnold
1400 Harris Rd
Adamsville Mississippi 38310
Telephone:(423)529-4335
Email:Tracy@arnoldnet.org

AT THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| Marshall Fisher (Mississippi Commissioner of Public Safety), Herb Frierson (Mississippi Commissioner of Revenue), Jim Hood (State of Mississippi Attorney General), Marvin Vaughn<br><br>Counter-Defendants (Plaintiffs)<br><br>vs.<br><br>Tracy Arnold<br>Respondent (Counter-Plaintiff) | Cause # 4:18-cv-00191-DMB-RP<br><br>Jury NOT requested:<br>"*Deuteronomy 25:1: If there be a controversy between men, and they come unto judgment, that the judges may judge them; then they shall justify the righteous, and condemn the wicked.*" |

## ORDER ON ENTRY OF DEFAULT

After considering Counter-Plaintiff, Tracy Arnolds' request for entry of default against Counter-defendants, Marshall Fisher, Herb Frierson, Jim Hood and Marvin Vaughn, proof of service, affidavits and other evidence on file, the clerk FINDS that the record supports entry of default and ORDERS that default be entered.

SIGNED on _____, 2018.

_____
CLERK, U.S. DISTRICT COURT

APPROVED & ENTRY REQUESTED:

*[signature]* 12/3/18

Tracy Arnold (Pro Se)
1400 Harris Road Adamsville Tennessee 38310
Tel: (423) 529-4323
Email: Tracy@Arnoldnet.org