Exhibit A



# CODE OF FEDERAL REGULATIONS

# Title 23
Highways

Revised as of April 1, 2015

Containing a codification of documents
of general applicability and future effect

As of April 1, 2015

Published by the Office of the Federal Register
National Archives and Records Administration
as a Special Edition of the Federal Register

(3) Individuals are authorized also, under the Privacy Act of 1974, to request such information directly from the NDR.

(4) Individuals seeking to correct an NDR-maintained record should address their request to the chief of the National Driver Register. When any information contained in the Register is confirmed by the State of Record to be in error, the NDR will correct the record accordingly and advise all previous recipients of the information that a correction has been made.

[56 FR 41403, Aug. 20, 1991; 56 FR 57255, 57374, Nov. 8, 1991; 62 FR 27195, May 19, 1997; 62 FR 63657, Dec. 2, 1997; 63 FR 153, Jan. 5, 1998; 64 FR 19272, Apr. 20, 1999; 70 FR 52299, Sept. 2, 2005]

### § 1327.7 Procedures for NDR information requests.

(a) To initiate an NDR file check, an individual who is employed or seeking employment as a motor vehicle operator; who has applied for or received an airman's certificate; who is employed or seeking employment as a locomotive operator; who holds or has applied for a license, certificate of registry, or a merchant mariner's document or is an officer, chief warrant officer, or enlisted member of the U.S. Coast Guard or Coast Guard Reserve; or who is seeking employment as pilot with an air carrier; or an individual subject to a personnel security investigation; shall either:

(1) Complete, sign and submit a request for an NDR file check directly to the chief driver licensing official of a participating State in accordance with procedures established by that State for this purpose; or

(2) Authorize, by completing and signing a written consent, the authorized NDR user to request a file check through the chief driver licensing official of a participating State in accordance with the procedures established by that State for this purpose.

(b) If the authorized NDR user is an employer or prospective employer of a motor vehicle operator, the request for an NDR file check must be submitted through the chief driver licensing official of the State in which the individual is licensed to operate a motor vehicle.

(c) If the authorized NDR user is the head of a Federal department or agency, the request for an NDR file check may be submitted instead directly to the NDR in accordance with procedures established by the NDR for this purpose.

(d) The request for an NDR file check or the written consent, whichever is used, must:

(1) State that the NDR records are to be released;

(2) State as specifically as possible who is authorized to receive the records;

(3) Be signed and dated by the individual (or the individual's legal representative as appropriate);

(4) Specifically state that the authorization is valid for only one search of the NDR (or in the case of a personnel security investigation state that the authorization is valid only for the duration of the investigation); and

(5) Except for inquiries concerning personnel security investigations, specifically state that the NDR identifies probable matches that require further inquiry for verification; that it is recommended, but not required, that the employer/prospective employer verify matches with the State of Record; and that individuals have the right to request records regarding themselves from the NDR to verify their accuracy.

[64 FR 19273, Apr. 20, 1999, as amended at 70 FR 52299, Sept. 2, 2005]

APPENDIX A TO PART 1327—ABRIDGED LISTING OF THE AMERICAN ASSOCIATION OF MOTOR VEHICLE ADMINISTRATORS VIOLATIONS EXCHANGE CODE, USED BY THE NDR FOR RECORDING DRIVER LICENSE DENIALS, WITHDRAWALS, AND CONVICTIONS OF MOTOR VEHICLE-RELATED OFFENSES

Code

PART I—FOR CAUSE WITHDRAWALS

A04　Driving under the influence of alcohol with BAC at or over .04
A08　Driving under the influence of alcohol with BAC at or over .08
A10　Driving under the influence of alcohol with BAC at or over .10
A11　Driving under the influence of alcohol with BAC at or over __ (detail field required)

**National Highway Traffic Safety Admin., DOT**      **Pt. 1327, App. A**

A12 Refused to submit to test for alcohol—Implied Consent Law
A20 Driving under the influence of alcohol or drugs
A21 Driving under the influence of alcohol
A22 Driving under the influence of drugs
A23 Driving under the influence of alcohol and drugs
A24 Driving under the influence of medication not intended to intoxicate
A25 Driving while impaired
A26 Drinking alcohol while operating a vehicle
A31 Illegal possession of alcohol
A33 Illegal possession of drugs (controlled substances)
A35 Possession of open alcohol container
A41 Driver violation of ignition interlock or immobilization device
A50 Motor vehicle used in the commission of a felony involving the manufacturing, distributing, or dispensing of a controlled substance
A60 Underage Convicted of Drinking and Driving at .02 or higher BAC
A61 Underage Administrative Per Se—Drinking and Driving at .02 or higher BAC
A90 Administrative Per Se for .10 BAC
A94 Administrative Per Se for .04 BAC
A98 Administrative Per Se for .08 BAC
B01 Hit and run—failure to stop and render aid after accident
B02 Hit and run—failure to stop and render aid after accident—Fatal accident
B03 Hit and run—failure to stop and render aid after accident—Personal injury accident
B04 Hit and run—failure to stop and render aid after accident—Property damage accident
B05 Leaving accident scene before police arrive
B06 Leaving accident scene before police arrive—Fatal accident
B07 Leaving accident scene before police arrive—Personal injury accident
B08 Leaving accident scene before police arrive—Property damage accident
B14 Failure to reveal identity after fatal or personal injury accident
B19 Driving while out of service order is in effect and transporting 16 or more passengers including the driver and/or transporting hazardous materials that require a placard
B20 Driving while license withdrawn
B21 Driving while license barred
B22 Driving while license canceled
B23 Driving while license denied
B24 Driving while license disqualified
B25 Driving while license revoked
B26 Driving while license suspended
B27 General, driving while an out of service order is in effect (for violations not covered by B19)
B41 Possess or provide counterfeit or altered driver license (includes DL, CDL, and Instruction Permit) or ID
B51 Expired or no driver license (includes DL, CDL, and Instruction Permit)
B56 Driving a CMV without obtaining a CDL
B63 Failed to file future proof of financial responsibility
B91 Improper classification or endorsement on driver license (includes DL, CDL, and Instruction Permit)
D02 Misrepresentation of identity or other facts on application for driver license (includes DL, CDL, and Instruction Permit)
D06 Misrepresentation of identity or other facts to obtain alcohol
D07 Possess multiple driver licenses (includes DL, CDL, and Instruction Permit)
D16 Show or use improperly—Driver license (includes DL, CDL, and Instruction Permit)
D27 Violate limited license conditions
D29 Violate restrictions of driver license (includes DL, CDL, and Instruction Permit)
D35 Failure to comply with financial responsibility law
D38 Failure to post security or obtain release from liability
D39 Unsatisfied judgment
D45 Failure to appear for trial or court appearance
D53 Failure to make required payment of fine and costs
D56 Failure to answer a citation, pay fines, penalties and/or costs related to the original violation
D72 Inability to control vehicle
D74 Operating a motor vehicle improperly because of drowsiness
D75 Operating a motor vehicle improperly due to physical or mental disability
D78 Perjury about the operation of a motor vehicle
E03 Operating without HAZMAT safety equipment as required by law
F02 Child or youth restraint not used properly as required
F03 Motorcycle safety equipment not used properly as required
F04 Seat belt not used properly as required
F05 Carrying unsecured passengers in open area of vehicle
F06 Improper operation of or riding on a motorcycle
M09 Failure to obey railroad crossing restrictions
M10 For all drivers, failure to obey a traffic control device or the directions of an enforcement official at a railroad-highway grade crossing
M20 For drivers who are not required to always stop, failure to slow down at a railroad-highway grade crossing and check that tracks are clear of approaching train

